UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIRST DIVISION

Natalie Camrud and Ray Camrud,

Plaintiffs,

vs.

Wal-Mart Stores, Inc.,

Defendant.

Civil File No. 01-455 JMR/FLN

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

The above-entitled action, having been fully compromised and settled,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated: February 26, 2002

KAUFFMAN LAW FIRM

By: Kreg A Kauffman
Kreg A. Kauffman #54045
Attorneys for Plaintiff
Suite 302 Ironwood Square
Rochester, MN 55903
(507) 285-5350

Dated: 2/7/02

MURNANE, CONLIN, WHITE & BRANDT

By: for Steven J. Kirsch #56121
Attorneys for Defendant
444 Cedar St. #1800
St. Paul, MN 55101
(651) 227-9411

FILED
RICHARD D. SLETTEN, CLERK
MAR 19 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

## ORDER

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed on the merits and without costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 18th, 2002

BY THE COURT: